THE STATE OF OHIO, APPELLEE, *v.* ZURANSKI, APPELLANT.

[Cite as State *v.* Zuranski (1987), 32 Ohio St. 3d 379.]

(No. 87-232—Decided September 16, 1987.)

*John T. Corrigan,* prosecuting attorney, and *Ann T. Mannen,* for appellee.

*Hyman Friedman,* county public defender, and *Patricia Walsh,* for appellant.

This cause (court of appeals No. 50447) is allowed as to Proposition of Law No. XV only, and as so allowed is reversed on authority of *State* v. *Penix* (1987), 32 Ohio St. 3d 369, 513 N.E. 2d 744, and remanded to the trial court for resentencing in accordance with that decision.

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT AND H. BROWN, JJ., concur.

HOLMES, J., dissents.

HOLMES, J, dissenting. I dissent for the reasons stated in my dissenting opinion in *State* v. *Penix* (1987), 32 Ohio St. 3d 369, 513 N.E. 2d 744.